### STATE OF CONNECTICUT *v.* MICHAEL WRIGHT

The defendant's petition for certification for appeal from the Appellate Court, 70 Conn. App. 807 (AC 20509), is denied.

*Michael O. Sheehan,* special public defender, in support of the petition.

*Marjorie Allen Dauster,* senior assistant state's attorney, in opposition.

Decided September 19, 2002